UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KIMBERLY TRIETSCH,

    Plaintiff,

v.                                                                        No. 4:26-cv-00556-P

FIRST NATIONAL BANK OF OMAHA,
ET AL.,

    Defendants.

## ORDER

Before the Court is Defendant Equifax Information Services LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. ECF No. 12. Having reviewed the Motion and applicable law, the Court finds that the Motion should be and is hereby **GRANTED in part.**

Accordingly, Defendant shall answer or otherwise respond to Plaintiff's Complaint **on or before June 18, 2026.**

**SO ORDERED** on this **1st day of June 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE