**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Kimberly Trietsch, f/k/a Kimberly Gillis** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-556** |
| | § | |
| **First National Bank of Omaha,** | § | |
| **Equifax Information Services, LLC, and** | § | |
| **Experian Information Solutions, Inc.,** | § | |
| *Defendants* | § | |

**DEFENDANT FIRST NATIONAL BANK OF OMAHA'S ANSWER TO COMPLAINT**

COMES NOW Defendant First National Bank of Omaha ("FNB Omaha") and files this Answer to Plaintiff's Complaint and in support thereof would respectfully show the following:

**PRELIMINARY STATEMENT**

1. The legal assertions in this paragraph do not require a response. To the extent a response is required, FNB Omaha denies the allegations to the extent they allege or imply wrongdoing by FNB Omaha or that Plaintiff has any viable claims against FNB Omaha.

**JURISDICTION AND VENUE**

2. FNB Omaha admits this Court has jurisdiction.

3. FNB Omaha admits venue is proper. FNB Omaha without knowledge or information sufficient to form a belief as to Plaintiff's current residence in Tarrant County, Texas, and in the Norther District of Texas.

**PARTIES**

4. FNB Omaha admits Plaintiff is a natural person, and a "consumer" under 15 U.S.C. §1681a(c). Otherwise, FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in this paragraph.

5. FNB Omaha is a national bank that maintains its headquarters at 1601 Capitol Avenue, Omaha, NE, United States 68197. FNB Omaha admits that it furnishes credit information to consumer reporting agencies. Except as specifically admitted, FNB Omaha denies the allegations in this paragraph.

6. FNB Omaha admits Equifax Information Services, LLC ("Equifax") is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f). Otherwise, FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in this paragraph.

7. FNB Omaha admits Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f). Otherwise, FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in this paragraph.

8. FNB Omaha admits the allegations in this paragraph.

## FACTUAL ALLEGATIONS

9. FNB Omaha incorporates the foregoing responses as though the same were set forth at length herein.

10. FNB Omaha admits that on or about June 9, 2025, the Tarrant County Court entered a take nothing judgment on FNB Omaha's claim against Plaintiff, finding that FNB Omaha failed to meet its burden of proof and entered judgment in Plaintiff's favor. Further answering, FNB Omaha admits that Plaintiff's account charged off with a balance of $20,299. Except as specifically admitted, FNB Omaha denies the allegations in this paragraph.

11. FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

12. FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

13. FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

14. FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

15. FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

16. FNB Omaha denies the allegations in this paragraph.

17. FNB Omaha denies the allegations in this paragraph.

18. FNB Omaha denies the allegations in this paragraph.

19. FNB Omaha denies the allegations in this paragraph.

20. FNB Omaha denies the allegations in this paragraph.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### FAIR CREDIT REPORTING ACT
### (Experian and Equifax)
### (15 U.S.C. § 1681n)

21. FNB Omaha incorporates the foregoing responses set forth in paragraphs 1-20 as if fully set forth herein.

22. FNB Omaha is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph.

23. FNB Omaha denies the allegations in this paragraph.

24. FNB Omaha denies the allegations in this paragraph.

25. FNB Omaha denies the allegations in this paragraph.

SECOND CLAIM FOR RELIEF
FAIR CREDIT REPORTING ACT
(Experian and Equifax)
(15 U.S.C. § 1681o)

26. FNB Omaha incorporates the foregoing responses set forth in paragraphs 1-20 as if fully set forth herein.

27. FNB Omaha is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph.

28. FNB Omaha denies the allegations in this paragraph.

29. FNB Omaha denies the allegations in this paragraph.

THIRD CLAIM FOR RELIEF
FAIR CREDIT REPORTING ACT
(FNB Omaha)
(15 U.S.C. § 1681n)

30. FNB Omaha incorporates the foregoing responses set forth in paragraphs 1-20 as if fully set forth herein.

31. FNB Omaha admits it investigated the account upon receiving Plaintiff's dispute from the credit reporting agencies. Otherwise, Defendant denies the allegations in this paragraph.

32. FNB Omaha denies the allegations in this paragraph.

33. FNB Omaha denies the allegations in this paragraph.

34. FNB Omaha denies the allegations in this paragraph.

FOURTH CLAIM FOR RELIEF
FAIR CREDIT REPORTING ACT
(FNB Omaha)
(15 U.S.C. § 1681o)

35. FNB Omaha incorporates the foregoing responses set forth in paragraphs 1-20 as if fully set forth herein.

36. FNB Omaha admits it investigated the account upon receiving Plaintiff's dispute from the credit reporting agencies. Otherwise, Defendant denies the allegations in this paragraph.

37. FNB Omaha denies the allegations in this paragraph.

**TRIAL BY JURY**

38. FNB Omaha admits that Plaintiff demands a trial by jury.

**PRAYER**

FNB Omaha denies Plaintiff is entitled to the relief sought in the Prayer paragraph of the Complaint.

**AFFIRMATIVE DEFENSES**:

Subject to and without waiving the foregoing, FNB Omaha asserts the following Affirmative Defenses should same be necessary:

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.
2. At all pertinent times, FNB Omaha complied with the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*., and any and all applicable rules, laws, and government regulations.
3. Plaintiff lacks standing to assert the claims alleged in his Complaint. Plaintiff lacks Article III standing to the extent Plaintiff is unable to show that Plaintiff incurred any concrete and particularized injury. Specifically, Plaintiff has not suffered any alleged actual damages. *See Spokeo*, 578 U.S., at 339, 136 S. Ct. 1540.
4. FNB Omaha affirmatively alleges that claims alleged in Plaintiff's Complaint may be barred by the doctrines of waiver, estoppel, laches, and/or unclean hands.
5. Plaintiff's claims are barred in whole or in part to the extent she failed to mitigate her damages.
6. Plaintiff's own acts and/or omissions solely and/or proximately caused her alleged damages.

7. Any violation of the Fair Credit Reporting Act, which is specifically denied, was not intentional and resulted from a bona-fide error notwithstanding the maintenance of compliance procedures reasonably adapted to assure maximum possible accuracy and avoid any such error.
8. Plaintiff cannot show that FNB Omaha willfully failed to comply with the requirements imposed under 15 U.S.C. § 1681n and therefore Plaintiff is unable to recover statutory and punitive damages.
9. Any damages suffered by Plaintiff were not proximately caused by information furnished by FNB Omaha.
10. FNB Omaha reserves the right to assert additional affirmative defenses as discovery warrants

WHEREFORE, PREMISES CONSIDERED, Defendant First National Bank of Omaha prays that Plaintiff Kimberly Trietsch f/k/a Kimberly Gillis take nothing through her claims asserted, that the lawsuit be dismissed with prejudice and on the merits, and that FNB Omaha be awarded its attorneys' fees and costs, and for any other relief to which FNB Omaha may be justly entitled to in law or in equity or that the Court deems just and proper.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: <u>*/s/ Jason R. Jobe*</u>
Jason R. Jobe
State Bar No. 24043743
E-Mail: jjobe@thompsoncoe.com
Yesha P. Patel
State Bar No. 24098228
E-Mail: ypatel@thompsoncoe.com

Plaza of the Americas,
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
Telephone: 214-871-8200
Telecopy: 214-871-8209

**ATTORNEYS FOR DEFENDANT FIRST NATIONAL BANK OF OMAHA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this motion was served on all counsel/*pro se* of record in accordance with the Federal Rules of Civil Procedure on this the 29th day of July 2026.

By: <u>*/s/ Jason R. Jobe*</u>
Jason R. Jobe